**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ESTIFANOS FSEHAYE GHEBREMESKEL** | **CIVIL ACTION NO. 26-0506** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE DAVID C. JOSEPH** |
| **U.S. IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## <u>ORDER</u>

Petitioner Estifanos Fsehaye Ghebremeskel,[1] a detainee at Adams County Correctional Center in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement who proceeds pro se, petitions the Court for a writ of habeas corpus under 28 U.S.C. § 2241.

"In general, '[t]he only district that may consider a habeas corpus challenge to present physical confinement pursuant to § 2241 is the district court in which the [petitioner] is confined.'" *Dada v. Witte*, 2020 WL 1674129, at *2 (E.D. La. Apr. 6, 2020) (quoting *United States v. McPhearson*, 451 F. App'x 384, 387 (5th Cir. 2011) (per curiam) (citing *Rumsfeld v. Padilla*, 542 U.S. 426, 442-43 (2004)); *Lee v. Wetzel*, 244 F.3d 370, n.5 (5th Cir. 2001). Petitioner here is confined in Natchez, Mississippi, which is in Adams County. The Southern District of Mississippi, Western Division, embraces Adams County. 28 U.S.C. § 104(b)(4).

The Court may transfer a case filed in the wrong district to any district or division in which it could have been brought. *See* 28 U.S.C. § 1631 (a court "shall, if it is in the interest of

---

[1] Petitioner's "A-Number" is 249-383-482.

justice, transfer such action or appeal to any other such court . . . in which the action or appeal could have been brought at the time it was filed . . . .”).

Accordingly, **IT IS ORDERED** that this proceeding is **TRANSFERRED** to the United States District Court, Southern District of Mississippi, Western Division.

In Chambers, Monroe, Louisiana, this 24th day of March, 2026.

_____
Kayla Dye McClusky
United States Magistrate Judge

2